```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )           4:04cr3042
               Plaintiff,      )
                               )
     vs.                       )           ORDER
                               )
HEIDI JO MAHLOCH               )
                               )
               Defendant.      )
```

IT IS ORDERED that a revocation hearing is set to commence at **April 27, 2010, at 12 noon** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  March 2, 2010.

                              BY THE COURT

                              *s/Cheryl R. Zwart*
                              _____
                              Cheryl R. Zwart
                              United States Magistrate Judge