IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:04CR3042 |
| V. | ) | |
| HEIDI JO MAHLOCH, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 54. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Motion to Continue Revocation Hearing restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 6th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge