IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3042 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HEIDI JO MAHLOCH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The plaintiff's unopposed motion to continue (filing 60) is granted.

(2)   Defendant Mahloch's dispositional hearing is continued to Thursday, September 16, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 9, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge