IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3042 |
| | ) | |
| v. | ) | |
| | ) | |
| HEIDI JO MAHLOCH, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to amend conditions of release, (filing no. 86), is granted.

2) Upon defendant's graduation from her current program at St. Monica's to an outpatient treatment program, she shall transition to reside at Fresh Start and attend treatment at St. Monica's on an outpatient basis.

3) All other conditions of defendant's supervised release remain in effect.

DATED this 13th day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge