IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEIDI JO MAHLOCH, ) <br> ) <br> Defendant. ) | Case No. 4:04CR3042 |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue Revocation Hearing, filing 88, now set for April 19, 2011, at 1:00 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 19th day of July, 2011, at 12:00 noon. The defendant is ordered to appear at such time.

Dated this 15th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge