IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HEIDI JO MAHLOCH,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Case No.  4:04CR3042<br>)<br>)<br>)<br>) |

## ORDER

　　　　THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 89.  The Court, being fully advised in the premises, finds that said Motion should be granted.

　　　　IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Index of Evidence restricted.

　　　　IT IS FURTHER ORDERED that said Index be made available to case participants only.

　　　　DATED this 15th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge